# Kristina S. Heuser, P.C.
Attorney and Counselor at Law
Post Office Box 672
Locust Valley, New York 11560
Tel. (516) 676-1565
Fax (516) 676-6382
E-mail: kheuser@heuserlawfirm.com

March 6, 2023

**VIA ECF**
United States Court of Appeals for the Second Circuit

    Re: <u>Zdunski v. Erie 2-Chautauqua-Cattaraugus</u>, et al., Docket #: 22-547cv
       Argument Date: March 8, 2023

Dear Honorable Sirs:

I write this letter out of an abundance of caution and respect for the Court. On Friday I looked at the Court's argument calendar for the date of the argument in the above-referenced action. I did so in preparation for making travel arrangements, as I reside in the State of Florida and will have to travel to New York for the oral argument. I then saw who the judges are that will be on the panel that day, and contacted the clerk's office about a concern that I have. The clerk then directed that I file this letter.

While I was still a law student, I interned for Judge Bianco when he was a District Court Judge in the Eastern District of New York. That was over fifteen years ago. While I do not think it poses an actual conflict, I wanted to make sure Judge Bianco is aware that I would be appearing before him and has the opportunity to make this decision for himself before the panel convenes that day.

Thank you for your anticipated prompt attention to this matter.

                                         Very Truly Yours,
                                                  /S/
                                       Kristina S. Heuser, Esq.