# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 2, 2023

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: Raymond Zdunski
v. Erie 2-Chautaugua-Cattaraugus BOCES, et al.
No. 23M4
(Your No. 22-547-cv)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion to direct the Clerk to file a petition for a writ of certiorari out of time is denied.

Sincerely,

**Scott S. Harris**, Clerk